PAUL L. CASS, ESQUIRE  SBN 158323
**LAW OFFICE PAUL L. CASS, LL.M.**
7777 Greenback Lane, Ste #107,
Citrus Heights CA 945610.
 (916) 536. 1099 - PHONE
(916)536.0739- FAX
casslaws@aol.com

**Attorney for:  ORDAZ CULTURED MARBLE & ONYX, INC (a California Corporation) and FRANCISCO ORDAZ, et al**

**UNITED STATES DISTRICT COURT FOR
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAFAEL NARARRO | ) **Case Number: #C 13 847 LB** |
| PLAINTIFF. | ) |
| | ) |
| | ) |
| VS. | ) **SUBSTITUTION OF COUNSEL** |
| | ) ORDER |
| | ) |
| ORDAZ CULTURED MARBLE & ONYX, | ) |
| INC (a California Corporation) and | ) |
| FRANCISCO ORDAZ, GUILLERMINA | ) |
| ORDAZ | ) |
| | ) |
| | ) |
| DEFENDANTS. | ) |
| | ) |
| | ) |

COMES NOW, ORDAZ CULTURED MARBLE & ONYX, INC (a California Corporation) and FRANCISCO ORDAZ AND files this substitution of counsel. LAW OFFICES OF GOFORTH & LUCAS shall be substituted out and replaced with PAUL L., CASS, ESQUIRE, (SBN158323). NEW COUNSEL PAUL L., CASS, ESQUIRE, (SBN158323), HAS THE FOLLOWING ADDRESS:

**LAW OFFICE PAUL L. CASS, LL.M.**
7777 Greenback Lane, Ste #107,
Citrus Heights CA 945610.
(916) 536. 1099 - PHONE
(916)536.0739- FAX
casslaws@aol.com

I ACCEPT THIS SUBSTITUTION:

DATED: Oct 3, 2013          BY:

CHRISTOPHER R. LUCAS, ESQUIRE
FOR LAW OFFICES OF GOFORTH & LUCAS
**FORMER COUNSEL**

I ACCEPT THIS SUBSTITUTION:

DATED: 10/7/13          BY:

PAUL L. CASS, ESQUIRE SBN 158323
**NEW COUNSEL**

I ACCEPT THIS SUBSTITUTION:

DATED: 10/4/2013          BY:

ORDAZ CULTURED MARBLE & ONYX, INC (a
California Corporation) BY IT'S CEO AND
PRESIDENT, FRANCISCO ORDAZ

I ACCEPT THIS SUBSTITUTION:

DATED: 10/4/2013          BY:

FRANCISCO ORDAZ (AN INDIVIDUAL)

I ACCEPT THIS SUBSTITUTION:

DATED: 10/4/2013          BY:

GUILLERMO ORDAZ (AN INDIVIDUAL)

Dated: October 16, 2013

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
APPROVED
Judge Laurel Beeler