UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| RAFAEL NAVARRO, | No. C 13-00847 LB |
| Plaintiff, | **CASE MANAGEMENT AND SCHEDULING ORDER** |
| v. | |
| ORDAZ CULTURED MARBLE & ONYX, INC., ET AL., | |
| Defendants. | |

**I. SCHEDULE**

The court held a case management conference on October 31, 2013 and amended the scheduling order as follows:

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Date to seek leave to add new parties or amend the pleadings | 7/1/2013 |
| Updated Joint Case Management Conference Statement | 1/9/2014 |
| Further Case Management Conference | 1/16/2014 at 11:00 a.m. |
| ADR completion date | 1/16/2014 |
| Non-expert discovery completion date | 3/21/2014 |
| Expert disclosures required by Federal Rules of Civil Procedure | 3/21/2014 |

CASE MANAGEMENT AND SCHEDULING ORDER
C 13-00847 LB

| Rebuttal expert disclosures | 4/21/2014 |
|---|---|
| Expert discovery completion date | 5/21/2014 |
| Last hearing date for dispositive motions and/or further case management conference | 4/17/2014, at 9:30 a.m. |
| Meet and confer re pretrial filings | 6/10/2014 |
| Pretrial filings due | 6/19/2014 |
| Oppositions, Objections, Exhibits, and Depo Designations due | 6/26/2014 |
| Final Pretrial Conference | 7/10/2014, at 11:00 a.m. |
| Trial | 7/21/2014, at 8:30 a.m. |
| Length of Trial | 5 days |

## II. DISCOVERY AND ALTERNATIVE DISPUTE RESOLUTION

The parties agreed to promptly exchange the written discovery discussed on the record. The parties had a mediation with court mediator Robert Friese and were working to schedule a second session before new counsel became associated with the case. The parties agreed that for settlement conversations to be productive, Plaintiff needs to conduct a 30(b)(6) deposition, and Defendants need to depose Plaintiff. They will complete those depositions by early December and schedule a further mediation before the next case management conference. To that end, within seven days, the the parties must meet and confer, set the deposition dates, and contact Mr. Friese to schedule a second mediation. If the parties need to continue the case management conference by a short period to accommodate the second mediation date, they may continue the next case management conference to any subsequent Thursday at 11:00 a.m. The parties may participate by telephone.

**IT IS SO ORDERED**.

Dated: October 31, 2013

_____
LAUREL BEELER
United States Magistrate Judge

CASE MANAGEMENT AND SCHEDULING ORDER
C 13-00847 LB                      2