# UNITED STATES DISTRICT COURT

## Northern District of California

### San Francisco Division

| | |
|---|---|
| RAFAEL NAVARRO, | No. C 13-00847 LB |
| Plaintiff, | **ORDER CONTINUING CMC AND REQUIRING THE PARTIES TO FILE A JOINT CMC STATEMENT BY JUNE 26, 2014** |
| v. | |
| ORDAZ CULTURED MARBLE & ONYX, INC., et al. | [Re: ECF No. 46] |
| Defendants. | |

On April 17, 2014, the court held a Further CMC and set another for June 19, 2014. At the CMC, and in the minute order following it, *see* ECF No. 43, the court ordered parties to file by June 12, 2014 a **joint** CMC statement that includes **a chart with new trial deadlines**. The parties did neither. Instead, on June 12, 2014, Plaintiff, without Defendants, filed a CMC statement describing the ongoing mediation between the parties and requesting that the court continue the June 19 Further CMC for two weeks. The statement did not include a chart with new trial deadlines.

Accordingly, the court **CONTINUES** the June 19 Further CMC to 11:00 a.m. on July 3, 2014. The court once again **ORDERS** the parties to file a **joint** CMC statement that including **a chart with new trial deadlines**. The parties shall do so by June 26, 2014.

**IT IS SO ORDERED.**

Dated: June 13, 2014

LAUREL BEELER
United States Magistrate Judge

C 13-00847 LB
ORDER