UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| RAFAEL NAVARRO,<br><br>            Plaintiff,<br><br>   v.<br><br>ORDAZ CULTURED MARBLE & ONYX, INC., et al.<br><br>            Defendants.<br>_____/ | No. C 13-00847 LB<br><br>**ORDER AMENDING THE CASE MANAGEMENT DATES AND DEADLINES**<br><br>[Re: ECF No. 48] |

On June 27, 2014, pursuant to the court's instructions at the April 17, 2014 Further Case Management Conference, the parties submitted their proposed new dates and deadlines for this case. Upon consideration of them, the court amends the case management dates and deadlines as reflected below.

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Updated Joint Case Management Conference Statement | 9/4/2014 |
| Further Case Management Conference | 9/11/2014 at 11:00 a.m. |
| Non-expert discovery completion date | 9/15/2014 |
| Expert disclosures required by Federal Rules of Civil Procedure | 9/1/2014 |
| Rebuttal expert disclosures | 10/1/2014 |
| Expert discovery completion date | 12/1/2014 |

C 13-00847 LB
ORDER

| | |
|---|---|
| Last hearing date for dispositive motions and/or further case management conference | 11/20/2014, at 9:30 a.m. |
| Meet and confer re pretrial filings | 1/5/2015 |
| Pretrial filings due | 1/13/2015 |
| Oppositions, Objections, Exhibits, and Depo Designations due | 1/20/2015 |
| Final Pretrial Conference | 3/5/2015, at 11:00 a.m. |
| Trial | 3/16/2015, at 8:30 a.m. |
| Length of Trial | 5 days |

The court also notes that the parties describe a dispute regrading whether Plaintiff complied with the requirements of California's Private Attorneys General Act. To the extent that the parties cannot resolve this issue through their continued mediation with Mr. Fries, it should be resolved through an early summary judgment motion.

**IT IS SO ORDERED.**

Dated: July 3, 2014

_____
LAUREL BEELER
United States Magistrate Judge