UNITED STATES DISTRICT COURT
For the Northern District of California

# UNITED STATES  DISTRICT COURT

## Northern District of California

San Francisco Division

RAFAEL NAVARRO,

               Plaintiff,

    v.

ORDAZ CULTURED MARBLE & ONYX,
INC., et al.,

               Defendants.

_____/

No. C 13-00847 LB

**ORDER ADMINISTRATIVELY
CLOSING THIS ACTION**

    Because the parties settled this action and executed a signed settlement agreemeent, see Stipulation to Vacate Settlement Conference, ECF No. 67, there appears to be no further reason at this time to maintain the file as an open one for statistical purposes.  Accordingly, the Clerk is instructed to administratively close this action.  The parties nevertheless shall file a dismissal of this action that complies with the requirements of Federal Rule of Civil Procedure 41(a)(1) by February 27, 2015.

    Nothing contained in this order shall be considered a dismissal or disposition of this action, and should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered.

    **IT IS SO ORDERED.**

Dated: February 13, 2015

_____
LAUREL BEELER
United States Magistrate Judge

C 13-00847 LB
ORDER