STAN S. MALLISON (SBN 184191)
  stanm@themmlawfirm.com
HECTOR R. MARTINEZ (SBN 206336)
  hectorm@themmlawfirm.com
MARCO A. PALAU (SBN 242340)
  mpalau@themmlawfirm.com
JOSEPH D. SUTTON (SBN 269951)
  jsutton@themmlawfirm.com
ERIC S. TRABUCCO (SBN 295473)
  jsutton@themmlawfirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California  94612-3547
Telephone: (510) 832-9999
Facsimile:  (510) 832-1101

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAFAEL NAVARRO,** | CASE NO. C13-0847 LB |
| Plaintiff, | **EX PARTE APPLICATION FOR APPROVAL OF PAGA SETTLEMENT** |
| vs. | |
| **ORDAZ CULTURED MARBLE & ONYX, INC. (a California Corporation), GUILLERMINA ORDAZ, and FRANCISCO ORDAZ** | Complaint Filed: February 25, 2013<br>Case Closed: February 13, 2015<br><br>Before the Honorable Laurel Beeler |

Application for Approval of PAGA Settlement                              Case No. C13-0847 LB

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Rafael Navarro will and hereby does move ex parte for approval of the Stipulation of [proposed] PAGA Settlement.

On January 28, 2015, Plaintiff Rafael Navarro ("Plaintiff") and Defendants Ordaz Cultured Marble & Onyx Inc., Guillermina Ordaz, and Francisco Ordaz (collectively "Defendants" and collectively with Plaintiff, the "Parties") entered into a Stipulation of [proposed] PAGA Settlement ("Settlement"), whereby Defendants agreed to pay a total maximum payment of Seventy-Six Thousand Eight-Hundred and Twenty-Five Dollars ($76,825) to settle any and all claims made or claims that could be made and to resolve the litigation. The Settlement between the Parties provides for the following Settlement Consideration:

1. Payment of all costs of settlement administration (including tax reporting), to be performed by Plaintiff's Counsel, in an amount of seven hundred and fifty dollars ($750.00).

2. Payment of a PAGA enhancement award to Plaintiff in the amount of Five Thousand Dollars ($5,000.00).

3. Payment to the Plaintiff of Defendants' tender amount of $20,825.00, which has already been paid to Plaintiff (and which is sitting in a IOLTA client trust account awaiting this court's approval), from which Plaintiff agrees to pay his own attorneys' fees and costs.

4. Payment of Plaintiff Counsel's attorneys' fees in the amount not to exceed 25% of the PAGA amount distributed to the Employees and to the State.

5. Payment of Plaintiff Counsel's costs, to be awarded based on a cap of costs accrued in litigating the PAGA claims, in an amount of Three Thousand Dollars ($3,000.00). Plaintiffs' PAGA litigation related costs in this case include:

| | | |
|---|---|---|
| a. | Reporters Transcript of F. Ordaz: | $1095 |
| b. | Mediation fees (Robert Fries): | $1150 |
| c. | Filing Fees | $350 |
| d. | PAGA Notice Fees | $10 |
| e. | Travel/Parking | $75 |
| f. | Postal/Fax | $21 |

      g.    Scanning/Printing    $190

      h.    Electronic Legal Research    $225

This amount excludes exceeds $3000.

6. Payment of Twenty Thousand Dollars ($20,000.00) to be allocated to pay the Labor Workforce Development Agency and Employees as follows: Seventy-five percent (75%, or $15,000.00) to the LWDA and twenty-five percent (25%, or $5,000.00) to the current and former Employees listed in settlement agreement the amounts provided in the settlement agreement as a non-wage recovery.

7. Payment of the remainder of the funds (approximately $27,250 plus the tender amount) to Plaintiff for resolution of all claims Plaintiff has against Defendants, including wage and hour and individual race, age, and nationality discrimination claims, from which amount Plaintiff agrees to pay his own attorneys' fees and any remaining costs.

This application is based on this notice and application, a true and correct copy of the Stipulation of [proposed] PAGA Settlement, attached to this application as **Exhibit A**, the records and papers on file in this action, the Proposed Order Granting this Application and any other evidence and argument as the Court may permit.

Dated: February 16, 2015        LAW OFFICES OF MALLISON & MARTINEZ

By:   */s/ Stan S. Mallison*
      Stan S. Mallison
      Hector R. Martinez
      Marco A. Palau
      Joseph D. Sutton
      Attorneys for Plaintiffs