Stan S. Mallison (SBN 184191)
Hector R. Martinez (SBN 206336)
Marco A. Palau (SBN 242340)
Joseph D. Sutton (SBN 269951)
Eric S. Trabucco (SBN 295473)
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94549
Telephone:   510.832.9999
Facsimile:    510.832.1101
stanm@themmlawfirm.com
hectorm@themmlawfirm.com
mpalau@themmlawfirm.com
jsutton@themmlawfirm.com
etrabucco@themmlawfirm.com

Attorneys for Plaintiff and the State of California
Pursuant to the Private Attorney General Act

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL NAVARRO<br><br>     Plaintiff(s),<br><br>     vs.<br><br>ORDAZ CULTURED MARBLE & ONYX, INC. AND FRANCISCO ORDAZ<br><br>     Defendant(s). | Case Number: C 13-0847 LB<br><br>[PROPOSED] ORDER FOR DISMISSAL |

     WHEREAS, the parties have stipulated to dismiss this case with each side bearing their own costs and fees, except as described in the settlement agreement (see Docket #71).

| | |
|---|---|
| 1 |       PURSUANT TO STIPULATION, THIS CASE IS DISMISSED WITH PREJUDICE. |
| 2 | IT IS SO ORDERED. |

DATED: March 2, 2015

LAUREL BEELER

United States Magistrate Judge